IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cephalon, Inc. | ) |
| | ) |
| v. | ) Civil Action No. 13-2081-UNA |
| | ) |
| InnoPharma, Inc. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  November 11, 2013

Date of Expiration of Patent:  March 26, 2029

Thirty Month Stay Deadline:  May 11, 2013


_____12/21/2013_____                                          _____Stephen B. Brauerman_____
         Date                                                              Attorney(s) for Plaintiff